UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD MCKNIGHT,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>RON HAYNES,<br><br>　　　　　　　　　　Respondent. | No. C15-5886 BHS-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, with no objections, does hereby find and **ORDER**:

(1)　The Court adopts the Report and Recommendation.

(2)　The petition for writ of habeas corpus is **DENIED** and **dismissed with prejudice.**

(3)　The issuance of a certificate of appealability is **DENIED.**

(4)　The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

**DATED** this 31st day of May, 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1